CLIFTON et al. v. CREIGHTON-McSHANE OIL CO.† (Circuit Court of Appeals, Fifth Circuit. March 19, 1912.) No. 2,171. Appeal from the Circuit Court of the United States for the Eastern District of Texas. H. N. Atkinson, W. D. Gordon, D. F. Rowe, Harris Masterson, and F. B. Stanley, for appellants. Leon Sonfield, Walter J. Crawford, and Stuart R. Smith, for appellee. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

CLIFTON et al. v. McSHANE. (Circuit Court of Appeals, Fifth Circuit. March 19, 1912.) No. 1,991. Appeal from the Circuit Court of the United States for the Eastern District of Texas. H. N. Atkinson (H. & A. R. Mas-

† Rehearing denied April 13, 1912.

terson, D. F. Rowe, F. B. Stanley, and A. L. Davis, on the brief), for appellants. Stuart R. Smith and Leon Sonfield (Smith, Crawford & Sonfield, on the brief), for appellee. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. When the complainant below dismissed his bill, the defendants were not in court with any proper cross-bill or other proper proceedings which they were entitled to have retained in court for further hearing. The decree appealed from is affirmed.